IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARRY DEWAYNE MARTIN, #1641901 | § § § | |
| VS. | § § § § | CIVIL ACTION NO. 4:15cv469<br>***Consolidated with*** 4:15cv470,<br>4:15cv471, 4:15cv472 |
| DIRECTOR, TDCJ-CID | § | |

## **MEMORANDUM ORDER ADOPTING INITIAL**
## **REPORT AND RECOMMENDATION**

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Christine A. Nowak. The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for default judgment, has been presented for consideration, and no objections were timely filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Petitioner's motion for default judgment (Dkt. #10) is **DENIED**.

**SIGNED this 2nd day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE